UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE R. THOMPSON,<br><br>    Plaintiff,<br><br>   v.<br><br>D. W. BRADBURRY, et al.,<br><br>    Defendants. | Case No.  14-cv-01988-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 22 |

GOOD CAUSE APPEARING, defendants' request for a ten-day extension of time to file a reply to plaintiff's opposition to defendants' motion for summary judgment is GRANTED. Defendants shall file their reply by **March 27, 2015**.

This order terminates Docket No. 22.

**IT IS SO ORDERED.**

Dated: 3/17/2015

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge