UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE R. THOMPSON,<br><br>        Plaintiff,<br><br>   v.<br><br>D. W. BRADBURY, et al.,<br><br>        Defendants. | Case No. 14-cv-01988-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's June 2, 2015 and June 6, 2016 summary judgment orders, judgment is entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/6/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge